

*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FIL[...]
05 APR 26 AM [...]

ROBERT R. DI[...]
CLERK, U.S. DI[...]
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **SHANNON H. SUMMERS,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| **v.** | |
| **FEDERAL EXPRESS,** | **CASE NO: 05-2107-B** |
| **Defendants.** | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal Without Prejudice entered on April 22, 2005, this cause is hereby dismissed without prejudice.

~~APPROVED:~~

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

4/26/05
Date

ROBERT R. DI TROLIO

**Clerk of Court**

**(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____ 4/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in
case 2:05-CV-02107 was distributed by fax, mail, or direct printing on
April 28, 2005 to the parties listed.

---

Sharon H. Summers
10647 Stark
Olive Branch, MS 38654

Honorable J. Breen
US DISTRICT COURT